UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| UBS FINANCIAL SERVICES INC., UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO, and UBS TRUST COMPANY OF PUERTO RICO, <br>     Petitioners, <br><br> v. <br><br> ASOCIACIÓN DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO <br>     Respondent. | CIVIL ACTION <br> NO. 3:16-cv-02017-WGY |
| ASOCIACIÓN DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO <br>     Petitioner, <br><br> v. <br><br> UBS FINANCIAL SERVICES INC., UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO, and UBS TRUST COMPANY OF PUERTO RICO, <br>     Respondents. | CIVIL ACTION <br> NO. 3:16-cv-02237-WGY |

YOUNG, D.J.                                                       May 29, 2019

**ORDER**

On June 9, 2017, the Court consolidated the action styled Asociacion de Empleados del Estado Libre Asociado de Puerto Rico v. UBS Financial Services, Inc. et al., Civ. No. 3:16-CV-02237 (the "Vacatur Action") with UBS Financial Services, Inc. et al.

v. <u>Asociacion de Empleados del Estado Libre Asociado de Puerto Rico</u>, Civ. No. 3:16-CV-02017 (the "Confirmation Action"). June 9, 2017 Endorsed Order, Confirmation Action, ECF No. 75.

On July 21, 2017, Asociacion de Empleados Libre Asociado de Puerto Rico's ("AEELA") filed a motion for leave to file a Supplemental Brief and Exhibits ("Supplemental Brief"). Mot. Leave File Supp. Br., Confirmation Action, ECF Nos. 79, 79-1 and 80. UBS Financial Services, Inc., UBS Financial Services Incorporated of Puerto Rico, and UBS Trust Company of Puerto Rico ("UBS Parties") opposed the motion, but in the alternative, requested an opportunity to file its own submission in opposition to the Supplemental Brief. Pet'r's Opp. Resp't's Mot. Leave File Supp. Br. 4, Confirmation Action, ECF No. 81. AEELA's request to file a Supplemental Brief was premised on a desire to "conserve judicial resources" and "to place all of [the] information from both underlying actions in one cohesive brief regarding the underlying arbitration award." Mot. Leave File Supp. Br. ¶¶4-5. The Court granted leave to file the Supplemental Brief. September 28, 2018 Electronic Order, Confirmation Action, ECF No. 90. The Supplemental Memorandum is deemed filed as of September 28, 2018, and is the operative motion to vacate the arbitration award in these consolidated actions. The UBS Parties will be provided an opportunity to file a response to this Supplemental Brief, as set forth below,

[2]

in order for the Court to consider a single, operative motion to vacate the arbitration award and corresponding response.

On March 28, 2019, AEELA filed a Motion for a Status Conference or in the Alternative to Schedule Oral Argument ("the Motion"). Mot. Status Conf., Confirmation Action, ECF No. 91. The Motion is opposed and is fully briefed. Pet'r's Resp. Resp't's Mot. Req. Order, Confirmation Action, ECF No. 92; Resp't's Reply Pet. Resp. Mot. Status Conf., Confirmation Action, ECF No. 93.

After review of the parties' submissions, the Motion is ALLOWED in part, to the extent the Court will set oral argument on certain pending motions in these consolidated actions and DENIED in part, to the extent the Court will not set a status conference at this time. Accordingly, it is hereby Ordered:

1. The UBS Parties shall by June 28, 2019 file a response to the Supplemental Brief, which shall be construed as the UBS's Parties' operative response to the motion to vacate the arbitration award in the Vacatur Action. AEELA shall by July 12, 2019 file any reply.

2. A hearing on AEELA's Supplemental Brief (which the Court deems filed and construes as the operative motion to vacate the arbitration award)(ECF No. 79-1), the UBS Parties' Motion for Judgment on the Pleadings (Vacatur Action, ECF No. 41), and AEELA's Motion for Relief From

Judgment and/or Altering or Amending the Judgment pursuant to Federal Rules of Civil Procedure 59 and 60 (Confirmation Action, ECF No. 48) will be promptly set after briefing is completed.

3. Other than as set forth above, no further submissions shall be filed without leave of Court.

**SO ORDERED.**

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE